| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Vance, Sarah S. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>7/13/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>Room C-255<br>New Orleans, Louisiana 70130 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Board Member | New Orleans Chapter Federal Bar Association |
| 2.   Board Member | Tulane Law Institute National Advisory Board |
| 3.   Adjunct Faculty | Tulane Law School |
| 4.   Board Member | Tulane Law School -- Dean's Advisory Board |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Texas Law School | March 4-6, 2010 | Austin, Texas | Speaker | Travel, lodging, meals |
| 2. | Practising Law Institute | March 22-24, 2010 | New York, New York | Speaker | Travel, lodging, meals |
| 3. | The University of Chicago Law School | April 20-21, 2010 | Chicago, Illinois | Judge, Moot Court | Travel, lodging, meals |
| 4. | Louisiana State Bar Association | June 6-7, 2010 | Sandestin, Florida | Speaker | Travel, lodging, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1, Merrill Lynch New Orleans: | | | | | | | | | |
| 2. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 4. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 5. --Lord Abbett Global FD EQ SR CL A | A | Dividend | J | T | | | | | |
| 6. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. IRRA #2, Rollover Merrill Lynch: | | | | | | | | | |
| 9. --Merrill Lynch USA Rasp | A | Dividend | J | T | | | | | |
| 10. --Blackrock Capital Appreciation FD INC B (name change) | A | Dividend | J | T | | | | | |
| 11. --Putnam International Equity FD CL A | B | Dividend | L | T | | | | | |
| 12. --Oppenheimer Global Opp FD SBI | A | Dividend | L | T | | | | | |
| 13. --Munder Small Cap Value CL B | A | Dividend | K | T | | | | | |
| 14. --Columbia Marsico Focused Equities FD B | A | Dividend | K | T | | | | | |
| 15. --Davis NY Venture FD B | A | Dividend | K | T | | | | | |
| 16. --Blackrock Value Opport Fund Inc B | A | Dividend | K | T | | | | | |
| 17. --Davis NY Venture FD A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Massachusetts Investors Growth Stock FD CL A | A | Dividend | J | T | | | | | |
| 19. --ING International Small Cap Multimmanager FD CL A | A | Dividend | K | T | Sold (part) | 01/05/10 | J | | |
| 20. --Blackrock Capital Appreciation FD INC A (name change) | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. IRA #3, Merrill Lynch New Orleans: | | | | | | | | | |
| 23. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 24. --ML Bank USA Rasp | A | Dividend | J | T | | | | | |
| 25. --Lord Abbett Developing Growth FD CL A | A | Dividend | J | T | | | | | |
| 26. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 27. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 28. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. Profit Sharing Retirement Plan - Fidelity Invest. Account | | | | | | | | | |
| 31. --Low Price Stock K F/N/A Low Price Stock Fund | A | Dividend | | | Sold | 04/08/10 | M | D | |
| 32. --Ret Gov't (Money Market Fund) | A | Dividend | K | T | Sold (part) | 04/08/10 | M | A | |
| 33. --Baron Growth | A | Dividend | | | Sold | 04/09/10 | L | D | |
| 34. --Fidelity Growth Company K F/N/A Fidelity Growth Company | A | Dividend | M | T | Sold (part) | 04/08/10 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| IVance, Sarah S. | 7/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>nun/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Davis NY Venture Y F/N/A Davis NY Venture A | C | Dividend | M | T | Sold (part) | 04/08/10 | L | A | |
| 36. --Harbor Intl Inst | B | Dividend | M | T | Sold (part) | 04/08/10 | L | A | |
| 37. --Fidelity Emerging Mkts K | A | Dividend | J | | Buy | 04/09/10 | J | | |
| 38. --Fidelity US Bond Index Fund | D | Dividend | N | | Buy | 04/08/10 | N | | |
| 39. -- Goldman Sachs Small Cap Value Class A | A | Dividend | M | | Buy | 04/09/10 | M | | |
| 40. --Lazard Emerging Mkts institutional | B | Dividend | M | | Buy | 01/12/10 | M | | |
| 41. --Fidelity Cash Reserves | A | Dividend | K | | | | | | |
| 42. | | | | | | | | | |
| 43. Cash Management Account, Merrill Lynch: | | | | | | | | | |
| 44. --Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 45. --Eaton Vance Tax Div Inc. | A | Dividend | J | T | | | | | |
| 46. --Eaton Vance TX-AD GL Div Global Dividend Inc FD | B | Dividend | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. ▓▓▓ Trust, Merrill Lynch: | | | | | | | | | |
| 49. --Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 50. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 51. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100.001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | II2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15.001 - $50,000 | L =$50.001 - $100,000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500.001 - $1,000,000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Putnam International Equity Fund CL A | A | Dividend | J | T | Sold (part) | 01/29/10 | J | | |
| 53. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. IRRA #4, Rollover Merrill Lynch: | | | | | | | | | |
| 56. --Cash | A | Dividend | J | T | | | | | |
| 57. --RETIRMENT RESERVES CL I | A | Dividend | J | T | | | | | |
| 58. --AMERICAN CENTURY NEW OPPORTUNITIES II INVESTOR | A | Dividend | | | Sold | 02/05/10 | K | A | |
| 59. --LORD ABBETT SMALL CAP VALUE CL A | A | Dividend | | | Sold | 02/05/10 | K | A | |
| 60. --ARTIO INTERNATIONAL EQUITY FUND II CL I | A | Dividend | K | T | Buy | 02/05/10 | K | | |
| 61. | | | | | Sold (part) | 03/23/10 | J | A | |
| 62. --EATON VALUE LARGE CAP VALUE FUND CL I | A | Dividend | | | Sold | 02/05/10 | K | D | |
| 63. --HARTFORD CAPITAL | A | Dividend | L | T | Buy | 03/23/10 | J | | |
| 64. --CGM Advisor Targeted Equity ED CL Y | A | Dividend | | | Buy | 02/05/10 | K | | |
| 65. | | | | | Sold | 03/23/10 | K | C | |
| 66. --HENDERSON INTERNATIONAL | A | Dividend | K | T | Sold (part) | 02/05/10 | K | C | |
| 67. | | | | | Sold (part) | 03/23/10 | J | B | |
| 68. --Columbia Value & Restructuring Fund CL Z | A | Dividend | K | T | Buy | 02/05/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/07/10 | K | C | |
| 70. | | | | | Sold (part) | 11/08/10 | K | C | |
| 71.  --JANUS FORTY FUND CL I | A | Dividend | | | Sold | 02/05/10 | L | D | |
| 72.  --FPA New Income Inc. | A | Dividend | | | Buy | 02/05/10 | K | | |
| 73. | | | | | Sold | 11/08/10 | K | A | |
| 74.  --JENNISON MD CAP | A | Dividend | | | Sold | 02/05/10 | K | C | |
| 75.  --Rydex / SGI Mid Cap Value Fund CL I | A | Dividend | K | T | Buy | 02/05/10 | K | | |
| 76.  --LAZARD EMERGING MKTS | A | Dividend | | | Sold | 02/05/10 | K | A | |
| 77.  --LORD ABBETT SMALL CAP (duplicate entry, see line 54) | A | Dividend | | | Sold | 02/05/10 | K | A | |
| 78.  --PIMCO Total Return Fund CLP | B | Dividend | L | T | Buy | 02/05/10 | L | | |
| 79.  --PIMCO Real Return Fund CLP | A | Dividend | K | T | Buy | 02/05/10 | K | | |
| 80.  --MAINSTAY LARGE CAP | A | Dividend | K | T | Buy | 03/23/10 | K | | |
| 81. | | | | | Sold (part) | 07/13/10 | J | A | |
| 82. | | | | | Sold (part) | 10/12/10 | J | A | |
| 83. | | | | | Sold (part) | 11/08/10 | L | E | |
| 84.  --Ivy Asset Strategy Fund CL I | A | Dividend | K | T | Buy | 02/05/10 | K | | |
| 85. | | | | | Sold (part) | 03/23/10 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --MFS VALUE FD CL I | B | Dividend | L | T | Buy | 02/05/10 | K | | |
| 87. | | | | | Sold (part) | 07/07/10 | J | B | |
| 88.  --NUVEEN TRDWD INTERNATIONAL | A | Dividend | | | Sold | 02/05/10 | K | B | |
| 89.  --TLW Total Return Bond FD CL I | A | Dividend | | | Buy | 02/05/10 | K | | |
| 90. | | | | | Sold | 03/24/10 | K | | |
| 91.  --VICTORY DIVERSIFIED | A | Dividend | | | Sold | 02/05/10 | K | A | |
| 92.  --Calvert Short Duration Income Fund CL Y | A | Dividend | K | T | Buy | 03/23/10 | K | | |
| 93.  --Oppenheimer Gold and Special Minerals Fund | A | Dividend | K | T | Buy | 03/23/10 | K | | |
| 94.  --Allianz NJ Dividend Value FDCL P | B | Dividend | K | T | Buy | 07/07/10 | K | | |
| 95. | | | | | Buy | 11/08/10 | J | | |
| 96.  --Dreyfus Emerging Markets Debt Local Currency CL I | A | Dividend | K | T | Buy | 11/08/10 | J | | |
| 97.  --Oppenheimer Rising Dividends Fund CL Y | B | Dividend | L | T | Buy | 11/08/10 | L | | |
| 98. | | | | | | | | | |
| 99.  Checking and Money Market Accounts, J.P. Morgan | B | Interest | M | T | | | | | |
| 100. | | | | | | | | | |
| 101.  J.P. Morgan Securities Corporation | | | | | | | | | |
| 102.  --JP Morgan Tax Free Money Market | A | Dividend | | | Sold | 05/03/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --JP Morgan Treasury Plus Money | | None | | | Sold | 05/06/10 | J | A | |
| 104. | | | | | | | | | |
| 105.  Judicial & Justice Federal Credit Union (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1Vance, Sarah S. | 7/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| 1Vance, Sarah S. | 7/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sarah S. 1Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544